**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. 22-00410
BELL AND ARTHUR CONDOMINIUM ASSOCIATION, INC.

Debtor

Adversary Proceeding No. 23-00057
BELL AND ARTHUR CONDOMINIUM ASSOCIATION, INC.

Plaintiff

v.

ALAN ALHOMSI

Defendant

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**To: ALAN ALHOMSI**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney/Pro Se Plaintiff |
|---|
| Justin R. Storer |
| Law Office of William J. Factor, Ltd. |
| 105 W. Madison St. |
| Suite 1500 |
| Chicago, IL 60602 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Courtroom 742, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom<br>By video, use link: https://www.zoomgov.com/<br>By telephone, call 1-669-254-5252 or 1-646-828-7666.<br>Enter the meeting ID 161 155 8289 and passcode Doyle742 . | **Status Hearing Date and Time**<br>05/04/2023 at 10:30AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
03 / 15 / 2023

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

| Bell and Arthur Condominium Association, Inc. v. Alhomsi | Adv Proc No: **23-00057** |
|---|---|// Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, **Justin R. Storer**, certify that service of this summons and a copy of the complaint was made **3/15/23** by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Alan Alhomsi
6455 North Bell Ave., Unit 1
Chicago, IL 60645

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  **3/15/23**          Signature  *[signature]*

Print Name:  **Justin R. Storer**

Business Address: 105 W. Madison St., Suite 1500, Chicago, IL 60602